NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WEN CHIANN YEH,**
*Petitioner,*

v.

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2012-3216

---

Petition for review of the Merit Systems Protection Board in case no. CH1221110433-W-2.

---

**ON MOTION**

---

**O R D E R**

Wen Chiann Yeh moves for an extension of time, until October 22, 2012, to file his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

WEN YEH V. DEFENSE                                                         2

                                      FOR THE COURT


                                      /s/ Jan Horbaly
                                      Jan Horbaly
                                      Clerk

s27